In the Matter of JACK J. GRYNBERG et al., Respondents, v BP EXPLORATION OPERATING COMPANY LIMITED et al., Appellants.

Submitted March 24, 2014; decided April 1, 2014

Motions for a stay dismissed as academic.

In the Matter of MICHAEL HOFFLER, Appellant, v ROBERT M. JACON et al., Respondents.

Submitted February 10, 2014; decided April 1, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

NATHAN JUETT, Appellant, v STEPHEN P. LUCENTE, Individually and Doing Business as LIFESTYLE PROPERTIES, et al., Respondents.

Submitted February 3, 2014; decided April 1, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of KEVIN M. MCGUIRE, Respondent, v JANET DiFIORE, Appellant.

Submitted January 21, 2014; decided April 1, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.